UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOILA GONZALEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, on behalf ) <br> of the Internal Revenue Service, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:16-cv-451-AWI-SAB <br><br> **ORDER** |

      Before the Court is the United States of America's Unopposed First Request for Extension of Time to File a Response and to Continue Scheduling Conference. For the reasons set forth in the motion, and for good cause being shown, the Court GRANTS the United States' request. The United States has until August 21, 2016 to serve a response.

In addition, the scheduling conference will be continued from June 14, 2016 to September 19, 2016 at 9:15 a.m. before Magistrate Judge Stanley A. Boone. A joint scheduling report is due one week before the new conference date.

.

IT IS SO ORDERED.

Dated: **May 31, 2016**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23