UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOILA GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service,<br><br>  Defendant. | Case No. 1:16-cv-451-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS OR ADVISE THE COURT OF THE STATUS OF THE SETTLEMENT BY NOVEMBER 21, 2016<br><br>(ECF No. 10) |

On August 18, 2016, the parties to this action filed a joint motion for the stay of these proceedings while they finalize a tentative settlement agreement. The Court finds good cause to stay the proceedings pending finalization of the settlement agreement.

Accordingly, IT IS HEREBY ORDERED that this proceeding is stayed for ninety days and the parties shall either file dispositional documents or a notice re status of the settlement on or before November 21, 2016.

IT IS SO ORDERED.

Dated:  **August 19, 2016**

UNITED STATES MAGISTRATE JUDGE

1