1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

7   SOILA GONZALEZ,                                )
                                                   )   Case No. 1:16-cv-451-AWI-SAB
8              Plaintiff,                           )
                                                   )   ORDER REQUIRING PARTIES TO
9        v.                                         )   FILE DISPOSITIVE DOCUMENTS OR
                                                   )   ADVISE THE COURT OF THE
10  UNITED STATES OF AMERICA, on behalf           )   STATUS OF THE SETTLEMENT
    of the Internal Revenue Service,              )   WITHIN NINETY DAYS
11                                                 )
               Defendant.                           )   (ECF No. 13)
12  _____)

13        On August 18, 2016, the Court found good cause to stay these proceedings while

14  the parties finalize a settlement.  On November 21, 2016, the parties filed a status report

15  indicating that the settlement is proceeding and they will be filing a stipulation to dismiss

16  the case when the Internal Revenue Service schedules an over payment for plaintiff.

17        Accordingly, IT IS HEREBY ORDERED that the stay of this case is extended and

18  the parties shall either file dispositional documents or a notice re status of the settlement

19  within ninety days of the date of service of this order.

20

21  IT IS SO ORDERED.

22  Dated:   __November 22, 2016__        _____
                                          UNITED STATES MAGISTRATE JUDGE
23

1